**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Derrick Alan Pritt |
| | First Name / Middle Name / Last Name |
| Debtor 2 | Hollie Nicole Pritt |
| (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | Northern District of West Virginia |
| Case number (If known) | 2:18-bk-00276 |

☐ Check if this is an amended filing

# Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** Ally Financial
Creditor's Name
P.O. Box 380902
Number   Street

Bloomington    MN   55438
City           State  ZIP Code

Describe the property that secures the claim:
2015 Chevrolet Tahoe

$25,924.00    $25,000.00    $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  Nov. 2014

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  5  2  0  4

**2.2** BB&T Mortgage
Creditor's Name
P.O. Box 580302
Number   Street

Charlotte    NC   28258
City         State  ZIP Code

Describe the property that secures the claim:
216 Mystical Estates
Montrose, WV 26383

$200,206.00    $325,000.00    $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  Aug. 2009

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  5  7  2  3

**Add the dollar value of your entries in Column A on this page. Write that number here:**  $226,130.00

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

### 2.3 Gregory H. Schillace, Trustee
**Creditor's Name**

P.O. Box 1526
Number   Street

_____

Clarksburg         WV    26302
City               State  ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

**Date debt was incurred** April 2016

**Describe the property that secures the claim:**

216 Mystical Estates
Montrose, WV 26302

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset) Credit Line

**Last 4 digits of account number** ___ ___ ___ ___

Amount of claim: $85,000.00
Value of collateral: $325,000.00
Unsecured portion: $0.00

### 2.4 Internal Revenue Service
**Creditor's Name**

Insolvency Office
Number   Street

425 Juliana St., Room 2116

Parkersburg        WV    26101
City               State  ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

**Date debt was incurred** 2014-2015

**Describe the property that secures the claim:**

216 Mystical Estates
Montrose, WV 26383

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

Amount of claim: $22,871.83
Value of collateral: $325,000.00
Unsecured portion: $22,871.83

### 2.5 Wells Fargo Dealer Services
**Creditor's Name**

P.O. Box 17900
Number   Street

_____

Denver             CO    80217
City               State  ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

**Date debt was incurred** Feb. 2016

**Describe the property that secures the claim:**

2016 Ford Pick-Up Truck

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** 8  8  3  8

Amount of claim: $51,921.00
Value of collateral: $45,000.00
Unsecured portion: $6,921.00

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $159,792.83

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $385,922.83